UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

NATHAN MAY,　　　　　　　　　　　　　　CASE NO.　1:09cv704
　　　　　　　　　　　　　　　　　　　　　Weber, J.; Litkovitz, MJ
　　　　Plaintiff

　　v.　　　　　　　　　　　　　　　　　　AMENDED SCHEDULING ORDER
　　　　　　　　　　　　　　　　　　　　　(DATES ONLY)
HAMILTON COUNTY, et al.,

　　　　Defendants

The joint motion to amend the scheduling order is hereby granted. Dispositive motions shall be filed on or before October 15, 2012. A proposed Joint Final Pretrial Order shall be filed on or before January 11, 2013, and this case shall proceed to trial in the February 2013 trial term. All other provisions of the previously filed Amended Scheduling Order (Doc. 77) entered of record on December 21, 2011, shall remain in effect.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Karen L. Litkovitz, Magistrate Judge
　　　　　　　　　　　　　　　　　　　　　United States District Court